# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 20, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

149717

BRENDA PRICE, Personal Representative of the
Estate of ROGER STANLEY PRICE,
        Plaintiff-Appellee,

v

                                         SC: 149717
                                         COA: 311188
                                         St Clair CC: 10-000738-NH

PORT HURON HOSPITAL,
        Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the June 10, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 20, 2015

                                        Clerk

t0513